## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

QUINTON D. MARTINEZ and
REBECCA MARTINEZ                                    PLAINTIFFS

v.                          No. 3:16-cv-257-DPM

CINCINNATI INCORPORATED                             DEFENDANT

PLAZA INSURANCE COMPANY                             INTERVENOR

## ORDER

For the reasons stated on the record at the end of the 23 February 2018 hearing, the Court made several rulings. Cincinnati's motion to exclude Mr. and Mrs. Martinez's expert, № 65, is partly granted and partly denied. Marley's late affidavit is excluded; his report and opinions on deposition are admissible. Cincinnati's motion for summary judgment, № 63, is granted. All the other pending motions, № 81, № 83, № 84, № 85, № 86 & № 98, are denied without prejudice as moot. The case will be dismissed with prejudice.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_26 February 2018_