# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

QUINTON D. MARTINEZ and
REBECCA MARTINEZ                                              PLAINTIFFS

v.                    No. 3:16-cv-257-DPM

CINCINNATI INCORPORATED                                        DEFENDANT

PLAZA INSURANCE COMPANY                                        INTERVENOR

## JUDGMENT

Mr. and Mrs. Martinez's complaint is dismissed with prejudice. Plaza's revised complaint in intervention is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 February 2018